No. 99–1764. Cervone v. Boris. Ct. App. Ohio, Mahoning County. Certiorari denied.

No. 99–1767. Caskey v. Pension Benefit Guaranty Corporation. C. A. 3d Cir. Certiorari denied.

No. 99–1771. Kahre v. United States Fidelity & Guaranty Co. C. A. 9th Cir. Certiorari denied.

No. 99–1773. Meyer v. Meyer. Ct. App. Ariz. Certiorari denied.

No. 99–1779. Wee et ux. v. Andrews et al. C. A. 2d Cir. Certiorari denied.

No. 99–1781. Pietrangelo v. United States Senate. C. A. 6th Cir. Certiorari denied.

No. 99–1793. Bowen et al. v. Board of Patent Appeals and Interferences. C. A. Fed. Cir. Certiorari denied.

No. 99–1803. McDuffie, dba D & M Contracting Co. v. United States. C. A. 11th Cir. Certiorari denied.

No. 99–1810. Martin v. United States. C. A. 7th Cir. Certiorari denied.

No. 99–1830. Mobil Oil Corp. et al. v. McMahon Foundation et al. C. A. 5th Cir. Certiorari denied.

No. 99–1837. Anderson et ux. v. Clinton For President Committee et al. C. A. D. C. Cir. Certiorari denied.

No. 99–1846. Gould v. United States. C. A. 11th Cir. Certiorari denied.

No. 99–1866. Infelise v. United States. C. A. 7th Cir. Certiorari denied.